UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK LEYSE, Individually and on Behalf of All Others Similarly Situated,<br><br>         *Plaintiff*,<br><br>-against-<br><br>LIFETIME ENTERTAINMENT SERVICES, LLC,<br><br>         *Defendant*. | 1:17-cv-01212-WHP<br><br>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(a)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

   **PLEASE TAKE NOTICE** that Plaintiff, Mark Leyse, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismisses the above-referenced action without prejudice.

Dated:  April 21, 2017


  s/ *Todd C. Bank*
TODD C. BANK,
 ATTORNEY AT LAW, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

*Counsel to Plaintiff*