UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK LEYSE, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>LIFETIME ENTERTAINMENT SERVICES, LLC,<br><br>*Defendant*. | 1:17-cv-01212-WHP<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(a)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that Plaintiff, Mark Leyse, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismisses the above-referenced action without prejudice.

Dated: April 21, 2017

　　s/ *Todd C. Bank*
TODD C. BANK,
　ATTORNEY AT LAW, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

*Counsel to Plaintiff*

SO ORDERED:

Dated: April 25, 2017
　　　New York, NY

_____
WILLIAM H. PAULEY III
U.S.D.J.